Hand-Delivered

FILED
CHARLOTTE, NC

AUG 14 2024

US DISTRICT COURT
WESTERN DISTRICT OF NC

# UNITED STATES DISTRICT COURT
## For the WESTERN DISTRICT OF NORTH CAROLINA (WDNC)

**Plaintiff name**

**Sui Juris DWAYNE L. JONES**

**Plaintiff**

**vs.**

**Defendant name(s)**

**Cushman & Wakefield Michelle M.**

**MacKay, Barry Klapish, ~~NR Brookson LP~~** DJ

**~~Brookson Flats dba Brookson~~ Flats, Enjoli**

**Borelli, ~~Kendall Gay~~, Ja Tawnn Wentz** DJ

**Defendant**

### Title of Pleading
### Motion:
### Complaint Under:
### Violations Under 42 U.S.C. § 1983 -
### Civil Action for Deprivation of Rights.
### In Violation of court order
### Mecklenburg County In

The General Court Of Justice District Court Division **Mecklenburg County In File No23CVD-007190-590**

**(1)** 4th amendment – "[t]he right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures
**(2)** 5th Amendment – Due Process
**(3)** 7th Amendment – Right to a Jury
**(4)** 9th Amendment – The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.
**(5)** 14th Amendment – Equal protection of the laws.
**(6)** 24 CFR Subpart B - Subpart B—Discriminatory Housing Practices  § 100.65 Discrimination in terms, conditions and privileges and in services and facilities.
**(7)** 18 USC 241- Conspiracy against rights:
**(8)** 18 U.S. Code § 1341 - Frauds and swindles Chapter 63 - Mail Fraud And Other Fraud Offense § 1349 - Attempt and Conspiracy

**Case No.: No. [case number]** 3:24-cv-745-KDB

**(7) CLAIMS FOR RELIEF**
**(A) The Return of Sui Juris Dwayne Jones Apartment.**

**50 U.S. Code § 1705 – Penalties**

**(a) Unlawful acts**

It shall be unlawful for a person to violate, attempt to violate, conspire to violate, or cause a violation of any license, order, regulation, or prohibition issued under this chapter.

**(b) Civil penalty**

A civil penalty may be imposed on any person who commits an unlawful act described in subsection **(a)** in an amount not to exceed the greater of— **(1)** $250,000

**(c) Criminal penalty**

A person who willfully commits, willfully attempts to commit, or willfully conspires to commit, or aids or abets in the commission of, an unlawful act described in subsection **(a)** shall, upon conviction, be fined not more than $1,000,000, or if a natural person, may be imprisoned for not more than 20 years, or both.

**Treble damages in regards**

**(B) Compensatory Damages – (1)** Breach of contract, UCC-2-715 Buyer's Incidental and Consequential Damages. **(2)** Life Storage Unit # 2171,**(3)** Rental of another residency at 4616 Napa Oak Dr Charlotte NC 28078

**(C) Expectation Damages – with incidental costs** for Cushman,& Wakefield and NR Brookson LP Brookson Flats dba Brookson

**(D) Exemplary Damages –** for Cushman,& Wakefield **Barry Klapish** Actions, NR Brookson LP Brookson Flats dba Brookson, **Enjoli Borelli**

**(E) Emotional Distress –** Intentional Infliction of Emotional Distress and Negligent Infliction of Emotional Distress

## I. The Parties to This Complaint

**A.** The Plaintiff

Name: Dwayne L. Jones

Address: 11104 Bryton Parkway Apt 5309

Huntersville, North Carolina [28078]

County: Mecklenburg

Telephone # 704-657-5046

Email Address: dwayne8484@gmail.com

**B.** The Defendants

**Defendant No. 1**

Name: Michelle M. MacKay,  **Cushman & Wakefield**

Job Title: Chief Executive Officer

Address: 300 S Tryon St Suite 1110, Charlotte, NC 28202

County: Mecklenburg

Telephone # Office: (704) 375-7771

Email Address: michelle.mackay@cushwake.com

**Defendant No. 2**

Name: Barry Klapish,  **Cushman & Wakefield**

Job Title: Area Manager, Multifamily

Address: 300 S Tryon St Suite 1110, Charlotte, NC 28202

County: Mecklenburg

Telephone # Office: (704) 887 3034

Email Address: barry.klapish@cushwake.com

**Defendant No. 3**

Name: Enjoli Borelli, **NR Brookson LP Brookson Flats dba Brookson Flats**

Job Title: Property Manager

Address: 13428 Bryton Gap Blvd, Huntersville, NC 28078

County: Mecklenburg

Telephone # Office: (704) 727-4950

Email Address: Enjoli.Borelli@cushwake.com

**Defendant No. 4**

Name: Ja Twann Wentz, **NR Brookson LP Brookson Flats dba Brookson Flats**

Job Title: Leasing Consultant

Address: 13428 Bryton Gap Blvd, Huntersville, NC 28078

County: Mecklenburg

Telephone # Office: (704) 727-4950

Email Address: Jatwann.Wentz@cushwake.com

**II. Basis for Jurisdiction**

A. Under 42 USC, Section 1983, this lawsuit comes against **Cushman & Wakefield** and **NR Brookson LP Brookson Flats dba Brookson Flats** accomplices for the "deprivation of rights, privileges and immunities secured by the US Constitution and [federal laws]."

B. Per section 1983, the constitutional and statutory rights being violated by the state and local officials and accomplices are as follows:

<u>**Constitution & Federal Laws**</u>

1. **4th Amendment** - in their persons, houses, papers, and effects, against unreasonable searches and seizures.

2. **5th Amendment** – Due Process.

3. **7th Amendment** – Right to a Jury.

4. **9th Amendment** – The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

5. **14th Amendment** – Equal protection of the laws.

**Federal Laws**

**18 USC 241- Conspiracy against rights:**

**18 U.S. Code § 1341 - Frauds and swindles Chapter 63 - Mail Fraud And Other Fraud Offense § 1349 - Attempt and Conspiracy**

24 CFR § 100.60 - Unlawful refusal to sell or rent or to negotiate for the sale or rental.

24 CFR Subpart B - Subpart B—Discriminatory Housing Practices  § 100.65 Discrimination in terms, conditions and privileges and in services and facilities.

The unlawful seizure of my apartment **11104 Bryton Parkway, Unit 5309, Huntersville, NC 28078.**

**III. Statement of Claim**

**A.** Both General Statements and Specific Statements regarding the Defendants involvement in the alleged wrongful actions, along with dates and locations of all relevant events. See pages 2-16 In statements of facts and statement of conspiracy see pages 2-26 In all cases listed below as follows:

**IV. Injuries**

**A.** The injuries of financial, emotional, health, etc. are listed below and on Statements Of Facts Emotional Stress, Housing for myself and children,

**Injury In Fact**

1. <u>Emotional Stress</u> - Not being to care of my children with out the interference of Cushman & Wakefield and NR Brookson LP Brookson Flats dba Brookson Flats even when I showed them law on several occasions through meetings in person, email and certified mail with return receipt.

2. <u>Financial Hardship</u> – Losing opportunity on renting apartments to live with my children

3. <u>Relocating</u> - Renting a room at 4616 Napa Oak Dr 305 Charlotte NC 28216

4. <u>Paying For Storage</u> – Life Storage 140 Ebert Ln, Mooresville, NC 28117

**V. Relief**

**Damages**

As a result of these unlawful actions, I have experienced significant financial and personal harm, including missed online schooling and the need for therapy. I seek the following remedies:

  a) $1,000,000 for every right violated by United States Constitution total of 5,000,000
  b) Pursuant 18 USC 241- Conspiracy against rights be reward for their part on all defendants seizing and re renting my apartment from me.
  • Enjoli Borelli
  • Ja Tawnn Wentz
  • Barry Klapish
  • Michelle M. MacKay

  c) **Compensatory Damages**: For lost wages, emotional distress, and other economic losses. **Punitive Damages:** To punish and deter particularly malicious or reckless behavior. **Injunctive Relief:** Court orders to stop the unlawful practices and take corrective actions seeking **$1,000,000**

**VI. Certification and Closing**

**A.** For Parties Without An Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Printed Name of Plaintiff: Sui Juris Dwayne L. Jones

G.S. § 10B-41 NOTARIAL CERTIFICATE FOR
ACKNOWLEDGMENT

Mecklenburg County, North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she signed the foregoing document:

Sui Juris Dwayne L. Jones

Signature: _Dwayne L Jones_

Date: August 13th 2024

(Official Seal)

_____
Official Signature of Notary

_Holly Gnage_, Notary Public
Notary's printed or typed name
My commission expires: _8/21/2028_

# UNITED STATES DISTRICT COURT
## For the WESTERN DISTRICT OF NORTH CAROLINA (WDNC)

Plaintiff name(s),

Sui Juris Dwayne Jones

      Plaintiff,

   vs.

Defendant name(s),

Cushman & Wakefield Michelle M. MacKay,

Barry Klapish, ~~NR Brookson LP Brookson~~ DJ

~~Flats dba Brookson Flats, Enjoli Borelli, Ja~~

~~Tawnn Wentz~~ DJ

      **Defendant**
      **Title of Pleading**
      **Motion:**
**Statement of Facts Under:**
**Violations Under 42 U.S.C. § 1983 -**
**Civil Action for Deprivation of Rights.**
**In Violation of court order**
**Mecklenburg County In**
The General Court Of Justice District Court
Division Mecklenburg County In
File No23CVD-007190-590
**(1) 4ᵗʰ amendment** - "[t]he right of the people
to be secure in their persons, houses, papers, and
effects, against unreasonable searches and
seizures
**(2) 5ᵗʰ Amendment** – Due Process
**(3) 7ᵗʰ Amendment** – Right to a Jury
**(4) 9ᵗʰ Amendment** – The enumeration in the
Constitution, of certain rights, shall not be
construed to deny or disparage others retained
by the people.
**(5) 14ᵗʰ Amendment** – Equal protection of
the laws.
**(6) 24 CFR Subpart B - Subpart B—**
Discriminatory Housing Practices § 100.65
Discrimination in terms, conditions and
privileges and in services and facilities.
**(7) 18 USC 241**- Conspiracy against rights:
**(8) 18 U.S. Code § 1341** - Frauds and
swindles Chapter 63 - Mail Fraud And Other
Fraud Offense § 1349 - Attempt and
Conspiracy

Case No.:

**(7) CLAIMS FOR RELIEF**
**(A) The Return of Sui Juris Dwayne Jones**
**Apartment.**

**50 U.S. Code § 1705 – Penalties**

**(a) Unlawful acts**

It shall be unlawful for a person to violate,
attempt to violate, conspire to violate, or cause
a violation of any license, order, regulation, or
prohibition issued under this chapter.

**(b) Civil penalty**

A civil penalty may be imposed on any person
who commits an unlawful act described in
subsection **(a)** in an amount not to exceed the
greater of— **(1)** $250,000

**(c) Criminal penalty**

A person who willfully commits, willfully
attempts to commit, or willfully conspires to
commit, or aids or abets in the commission of,
an unlawful act described in subsection **(a)**
shall, upon conviction, be fined not more than
$1,000,000, or if a natural person, may be
imprisoned for not more than 20 years, or
both.

**Treble damages in regards**

**(B) Compensatory Damages – (1)** Breach of
contract, UCC-2-715 Buyer's Incidental and
Consequential Damages. **(2)** Life Storage Unit
# 2171,**(3)** Rental of another residency at 4616
Napa Oak Dr Charlotte NC 28078

**(C) Expectation Damages – with incidental
costs** for Cushman,& Wakefield and NR
Brookson LP Brookson Flats dba Brookson

**(D) Exemplary Damages –** for Cushman,&
Wakefield **Barry Klapish** Actions, NR
Brookson LP Brookson Flats dba Brookson,
**Enjoli Borelli**

**(E) Emotional Distress –** Intentional
Infliction of Emotional Distress and Negligent
Infliction of Emotional Distress

**Statement of Facts**

I Sui Juris Dwayne L. Jones the living man. In reference to **Genesis 1:26** King James Version **States**: And God said, Let us make **man** in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. Stating that Case Numbers as following:

1. **Mecklenburg County File No. 23CVM7653**
2. **Mecklenburg County File No. 23CVD-007190-590**

Mecklenburg County File No. 23CVM7653 In the General Court Of Justice District Court Division- Small Claims. From March 2023 to April 2023

- Possession was granted to Defendant **NR Brookson LP Brookson Flats dba Brookson Flats,** in April 2023
- Plaintiff Sui Juris Dwayne Jones filed appeal **April 26th 2023** in the Mecklenburg County File No. 23CVM7653 In the General Court Of Justice District Court Division- Small Claims. For **August 3rd 2023** for new case Mecklenburg County File No. 23CVD-007190-590 In The General Court Of Justice District Court Division. Presiding Judge: Alyssa M. Levine.
- Trail for **August 3rd 2023** for new case Mecklenburg County File No. 23CVD-007190-590 In The General Court Of Justice District Court Division. was heard between the Defendant **NR Brookson LP Brookson Flats dba Brookson Flats,** and plaintiff Sui Juris **Dwayne Jones** by Presiding Judge: Alyssa M. Levine. She told both parties she will review the case and mail judgment out.
- December 27th 2023 Presiding Judge: Alyssa M. Levine signed papers stating the Defendant **NR Brookson LP Brookson Flats dba Brookson Flats,**

I. That the defendant **NR Brookson LP Brookson Flats dba Brookson Flats,** breach to leasing contract due to terms in the lease agreed upon both parties. Defendant **NR Brookson LP Brookson Flats dba Brookson Flats,** has insufficient evidence that during the plaintiff Sui Juris **Dwayne Jones** tenancy that defendant **NR Brookson LP Brookson Flats dba Brookson Flats,** required plaintiff Sui Juris **Dwayne Jones** to pay all **Rent** and other sums in cash, certified or cashier's check, money order, or one monthly check.

II. Throughout plaintiff Sui Juris **Dwayne Jones** tenancy have not been able to pay online or at a WIPS.

III. In **March 2023**, defendant **NR Brookson LP Brookson Flats dba Brookson Flats,** charged plaintiff Sui Juris **Dwayne Jones** for more than the monthly **Rent** defendants **NR Brookson LP Brookson Flats dba Brookson Flats** owed under the Lease.

IV. Plaintiff Sui Juris **Dwayne Jones** disputed that the offered monthly rent renewal amount of **$2,702 was fair rental value**.

V. There is insufficient evidence that plaintiff Sui Juris **Dwayne Jones** breached the Lease as alleged by defendant **NR Brookson LP Brookson Flats dba Brookson Flats,** in the Complaint in Summary Ejectment.

VI. Defendant **NR Brookson LP Brookson Flats dba Brookson Flats,** are not entitled to have possession/ to be put into possession of the premises of 11104 Bryton Parkway, Unit 5309, Huntersville, NC 28078 leasing by plaintiff Sui Juris **Dwayne Jones**.

Pursuant to **4th amendment.** In regards to Mecklenburg County File No. 23CVD-007190-590 In The General Court Of Justice District Court Division my apartment 11104 Bryton Parkway, Unit 5309, Huntersville, NC 28078.

- The unlawfully and willfully seizure by defendant's **NR Brookson LP Brookson Flats dba Brookson Flats and Cushman & Wakefield** the plaintiff **Sui Juris Dwayne Jones**

apartment 11104 Bryton Parkway, Unit 5309, Huntersville, NC 28078 from **December 28th 2023 to present August 12th 2023** of 227 days and still continuing that right protected United States Constitution. The defendant's **NR Brookson LP Brookson Flats dba Brookson Flats** and **Cushman & Wakefield** continued to keep after the **ORDER FOR JUDGMENT DENYING POSSESSION.**

1.  Proof of that will be Mecklenburg County File No. 23CVD-007190-590  In The General Court Of Justice District Court Division by Presiding Judge Alyssa M. Levine.

    **ORDER FOR JUDGMENT DENYING POSSESSION**

    **CONCLUSIONS OF LAW**

    The defendant **NR Brookson LP Brookson Flats dba Brookson Flats** has not proven by a preponderance of the evidence that plaintiff **Sui Juris Dwayne Jones** breached the Lease as claimed in the complaint by failing to pay Rent of $1633.00 on March 1, 2022 Therefore, the defendant **NR Brookson LP Brookson Flats dba Brookson Flats** is not entitled to be put into possession of the Premises.

    **ORDERED, ADJUDGED AND DECREED**

    That the defendants **NR Brookson LP Brookson Flats dba Brookson Flats** request for possession of the premises is denied signed **December 27th 2023: by Presiding Judge Alyssa M. Levine.**

1.  Proof of that will be By violating Federal law **24 CFR Subpart B - Subpart B— Discriminatory Housing Practices § 100.65 Discrimination in terms, conditions and privileges and in services and facilities.**

    **(a)** It shall be unlawful, because of race, color, religion, sex, handicap, **familial status**, or national origin, to impose different terms, conditions or privileges relating to the sale or rental of a **dwelling** or to deny or limit services or facilities in connection with the sale or rental of a **dwelling**.

I. **familial status:** means one or more individuals (who have not attained the age of 18 years) being domiciled with.

II. **dwelling:** means any building, structure or portion thereof which is occupied as, or designed or intended for occupancy as, a residence by one or more families, and any vacant land which is offered for sale or lease for the construction or location thereon of any such building, structure or portion thereof.

**(b)** Prohibited actions under this section include, but are not limited to: **(3)** Failing to process an offer for the sale or rental of a **dwelling** or to communicate an offer accurately because of race, color, religion, sex, handicap, **familial status**, or national origin. **(6)** Conditioning the terms, conditions, or privileges relating to the sale or rental of a **dwelling**, or denying or limiting the services or facilities in connection therewith, on a person's response to harassment because of race, color, religion, sex, handicap, **familial status**, or national origin.

**Also Prior** to initial **Mecklenburg County File No. 23CVM7653 In the General Court Of Justice District Court Division- Small Claims., Proof** would be **North Carolina Chapter 41A.State Fair Housing Act § 41A-3. Definitions. (1b) "Familial status" means one or more persons who have not attained the age of 18 years being domiciled with:**

**a**. A parent or another person having legal custody of the person or persons; or

**b.** The designee of the parent or other person having custody, provided the designee has the written permission of the parent or other person. The protections against discrimination on the basis of familial status shall apply to any person who is pregnant or is in the **process of securing legal custody of any person who has not attained the age of 18 years.**

2. Proof of that will be plaintiff Sui Juris **Dwayne Jones** is going through a custody modification **Tuesday May 16th 2023** Iredell County In The General Court Of Justice District Court Division **File Number number 21CVD1793 CHILD CUSTODY ORDER** with the mother of his youngest son Karter E Jackson. Taking place in Iredell County in Mooresville courthouse 610 E Center Ave, Mooresville, NC 28115 by Judge Lawrence Dale Graham. At that hearing it was order by Judge Lawrence Dale Graham that plaintiff Sui Juris **Dwayne Jones** will get his youngest son Karter E Jackson **Saturday May 20th 2023**. Plaintiff Sui Juris **Dwayne Jones** has not seen his youngest son Karter E Jackson since **Sunday January 16th 2022**. Plaintiff Sui Juris **Dwayne Jones** had yellow & red notice from Mecklenburg County Sheriff's Department **Friday May 19th 2023** by phone call from plaintiff Sui Juris Dwayne Jones second oldest son Ameir L Jones who just got home off the school bus from North Mecklenburg High School. Plaintiff Sui Juris **Dwayne Jones** second oldest son Ameir L Jones told Sui Juris **Dwayne Jones** that he was locked out that number code that we use for the front door does not work at all and can not get in the apartment.

Pursuant to **5th amendment**. In regards to Mecklenburg County File No. 23CVD-007190-590  In The General Court Of Justice District Court Division my apartment 11104 Bryton Parkway, Unit 5309, Huntersville, NC 28078. The plaintiff **Sui Juris Dwayne Jones** was denied that right protected United States Constitution.

- Defendant **NR Brookson LP Brookson Flats dba Brookson Flats, Enjoli Borelli,** verbally told the plaintiff Sui Juris Dwayne Jones to pay Rent Payments April 2022 until March 2023 verbally through in person conversation for Rent payment until **Cushman & Wakefield** payment portal system can get fixed.

- The defendant **NR Brookson LP Brookson Flats dba Brookson Flats** files a **COMPLAINT IN SUMMARY EJECTMENT: Mecklenburg County File No.**

**23CVM7653 In the General Court Of Justice District Court Division- Small Claims.** For plaintiff Sui Juris **Dwayne Jones March 16th 2023** then **MAGISTRATE SUMMONS:** to appear **March 28th 2023 In the General Court Of Justice District Court Division- Small Claims** to cover up the breach on their end towards the plaintiff Sui Juris Dwayne Jones in hopes that he would not uncover scheme and plot.

3. Proof of that will be from **APARTMENT LEASE CONTRACT** Date of Lease Contract: **March 2nd , 2022** filled out and plaintiff Sui Juris **Dwayne Jones** signed **March 5th 2022. Terms & Agreements** would be that the defendant **NR Brookson LP Brookson Flats dba Brookson Flats,** breach the terms & agreements for 11 months on how the plaintiff Sui Juris **Dwayne Jones** was supposed to make **Rent** payments 11104 Bryton Parkway, Unit 5309, Huntersville, NC 28078.

A. Page 1 of 10 **Moving In — General Information 6. RENT AND CHARGES.** Unless modified by addenda, you will pay **$ 1633.00** per month for rent, payable in advance and without demand: at the on-site manager's office, **or at our online payment site**, or at **Electronic Money Order Location (WIPS)** Prorated rent of **$ 1474.97** is due for the remainder of [check one]: X 1st month or 2nd month, on *Otherwise, you must pay your rent on or before the 1st day of each month (due date) with no grace period. **Cash is unacceptable without our prior written permission**. You must not withhold or offset rent unless expressly authorized by statute.*

I. Proof of that will be defendant **NR Brookson LP Brookson Flats dba Brookson Flats, Enjoli Borelli** admitted in open court on **August 3rd 2023** to make **Rent** Payments by Money Orders until **Cushman & Wakefield** payment portal system can get fixed**.**

II. Proof of that will also, be the plaintiff Sui Juris **Dwayne Jones** Resident Ledger 7 pages where money orders / CHECKscan Payment from February 2022 to February 2023.

B. Page 3 of 10 **Special Provisions and "What If" Clauses.  14. RENT INCREASES AND LEASE CONTRACT CHANGES.** No rent increases or **Lease Contract changes** are allowed before the **initial Lease Contract term ends**, except for changes allowed by any special provisions in paragraph 10 (Special Provisions), by a **written addendum or amendment signed by you and us**, or by reasonable changes of apartment rules allowed under paragraph 19 (Community Policies or Rules). If, at least 5 days before the advance notice deadline referred to in paragraph 3 (Lease Term), we give you written notice of rent increases or lease changes effective when the lease term or renewal period ends, this Lease Contract will automatically continue month-to-month with the increased rent or lease changes. The new modified Lease Contract will begin on the date stated in the notice (without necessity of your signature) unless you give us written move-out notice under paragraph 43 (Move-Out Notice).

Defendant **NR Brookson LP Brookson Flats dba Brookson Flats, Enjoli Borelli,** verbally told the plaintiff Sui Juris Dwayne Jones to pay Rent Payments April 2022 until March 2023 verbally through in person conversation for **Rent** payment until **Cushman & Wakefield** payment portal system can get fixed.

I. Proof of that will be defendant **NR Brookson LP Brookson Flats dba Brookson Flats, Enjoli Borelli** admitted in open court on August 3rd 2023 to make Rent Payments by Money Orders until **Cushman & Wakefield** payment portal system can get fixed.

**II.** Proof of that will be the plaintiff Sui Juris **Dwayne Jones Resident Ledger 7 pages where money orders / CHECKscan Payment** from February 2022 to February 2023.

**III.** Proof of that will be witness's that will testify on the behalf of plaintiff Sui Juris Dwayne Jones taking **money orders** to leasing offices of 13428 Bryton Gap Blvd Huntersville, NC 28078.

**C.** Page 6 of 9 **Responsibilities of Owner and Resident 33. DEFAULT BY RESIDENT Holdover.** You or any occupant, invitee, or guest must not hold over beyond the date contained in your move-out notice or our notice to vacate (or beyond a different move-out date agreed to by the parties in writing). If a holdover occurs, then: **(1)** holdover rent is due in advance on a dally basis and may become delinquent without notice or demand; **(2)** rent for the holdover period will be **increased by 25% over the then-existing rent, without notice**; **(3)** you'll be liable to us for actual damages arising out of full term of the previously signed Lease Contract of a new resident who can't occupy because of the holdover; and **(4)** at our option, we may extend the lease term-for up to one month from the date of notice of lease extension-by delivering written notice to you or your apartment while you continue to hold over.

**Lease Renewal When A Breach or Default Has Occurred.** In the event that you enter into a subsequent Lease prior to the expiration of this Lease and you breach or otherwise commit a default under this Lease, We may, at our sole and absolute discretion, terminate the subsequent Lease, even if the subsequent Lease term has yet to commence. We may terminate said subsequent Lease by sending you written notice of our desire to terminate said subsequent Lease.

The defendant **NR Brookson LP Brookson Flats dba Brookson Flats and Cushman & Wakefield, Michelle M. MacKay, Barry Klapish** add **$1,069.00 April 1ˢᵗ 2023** listed

in Description as Rent (04/2023) that is **$2,702.00** that is more than the **increased by 25% over the then-existing rent, without notice** from base **Rent** Payment of the lease **$1,633.00**. The **increased by 25% over the then-existing rent, without notice** would be **$2,041.25** that's adding additional **$408.25** to the base **Rent** Payment of the lease **$1,633.00**. Now **$2,702.00** subtracting **$2,041.25** that's additional **$660.75** increase then that's allowed in the Page 6 of 9 **Responsibilities of Owner and Resident 33. DEFAULT BY RESIDENT Holdover**. Also, the defendant **NR Brookson LP Brookson Flats dba Brookson Flats and Cushman & Wakefield, Michelle M. MacKay, Barry Klapish** never gave or send plaintiff Sui Juris **Dwayne Jones** written notice of our desire to terminate said subsequent Lease.

I. Proof of that will be email defendant **NR Brookson LP Brookson Flats dba Brookson Flats** property manager **Kendall Gay**
   From: **Kendall.Gay@cushwake.com**
   Reply-to: **Kendall.Gay@cushwake.com** to: **dwayne8484@gmail.com**
   Cc: **kendall.gay@cushwake.com, calvinrj60@gmail.comdate: Dec 15, 2022, 5:42 PM subject: Lease Renewal Offer (Dwayne Jones)** In the event that you do not sign your new lease, your term will automatically renew at the one month lease rate: **$2,702.00**.

II. Proof of that will be defendant **NR Brookson LP Brookson Flats dba Brookson Flats and Cushman & Wakefield, Michelle M. MacKay, Barry Klapish** unlawfully & willfully rented my apartment 11104 Bryton Parkway Unit 5309 Huntersville NC 28078 out to Renwick Chandler who signed his lease **July 3rd 2023** a month before my trail hearing date of **August 3rd 2023**. Renwick Chandler moved out my apartment according to Renwick Chandler **July 31st 2024**.

**D.** Page 7 of 10 **General Clauses 34. NO AUTHORITY TO AMEND UNLESS IN WRITING** Our representatives (including *management personnel*, employees, and agents) have no authority to waive, *amend*, or terminate this Lease Contract or any part of it, unless in writing, and no authority to make promises, representations, or agreements that impose security duties or other obligations on us or our representatives unless in writing.

- The defendant **NR Brookson LP Brookson Flats dba Brookson Flats, Kendall Gay,** allowing **Enjoli Borelli** to make verbal changes to the **APARTMENT LEASE CONTRACT** of the Date of Lease Contract: **March 2nd , 2022** filled out and plaintiff Sui Juris **Dwayne Jones** signed **March 5th 2022. Kendall Gay** is the property manager and oversees day to day management and process in regards to leases but this basic contract knowledge he has over 10 Years of Multifamily Property Management experience. The erroneous change started with Assistant Property Manager **Enjoli Borelli** due to **Cushman & Wakefield** payment portal system can get fixed**.**

    **I.** Proof of that will be defendant **NR Brookson LP Brookson Flats dba Brookson Flats, Enjoli Borelli** admitted in open court on **August 3rd 2023** to make **Rent** Payments by Money Orders until **Cushman & Wakefield** payment portal system can get fixed**.**

    **II.** Proof of that will also, be the plaintiff Sui Juris **Dwayne Jones** Resident Ledger 7 pages where money orders / CHECKscan Payment from February 2022 to February 2023.

**E.** Page 8 of 10 under **Severability, Originals and Attachments, and Signatures 49.SEVERABILITY.** If any provision of this Lease Contract or Addenda are invalid or unenforceable under applicable law, such provision shall be ineffective to the extent of

such invalidity or unenforceability only without invalidating or otherwise affecting the remainder of this Lease Contract. The court shall interpret the lease and provisions herein In a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

Defendant's **NR Brookson LP Brookson Flats dba Brookson Flats and Cushman & Wakefield, Michelle M. MacKay, Barry Klapish** willfully engaged and withheld my apartment by not following the court's interpretation of the lease and provisions herein In a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties.

I.  Proof of that will be defendant's **NR Brookson LP Brookson Flats dba Brookson Flats and Cushman & Wakefield, Michelle M. MacKay, Barry Klapish** willfully & unlawfully has not been following the **Mecklenburg County File No. 23CVD-007190-590 In The General Court Of Justice District Court Division. Presiding Judge: Alyssa M. Levine.**

II. Proof of that will be that defendant's **NR Brookson LP Brookson Flats dba Brookson Flats and Cushman & Wakefield, Michelle M. MacKay, Barry Klapish** unlawfully & willfully rented my apartment 11104 Bryton Parkway Unit 5309 Huntersville NC 28078 out to Renwick Chandler who signed his lease **July 3rd 2023** a month before my trail hearing date of **August 3rd 2023**. Renwick Chandler moved out my apartment according to Renwick Chandler **July 31st 2024.**

**Pursuant to 7th amendment**. In regards to Mecklenburg County File No. 23CVD-007190-590 In The General Court Of Justice District Court Division my apartment 11104 Bryton Parkway, Unit 5309, Huntersville, NC 28078.

Page 12 of 16

- The plaintiff Sui Juris **Dwayne Jones** originally derived from **Mecklenburg County File No. 23CVM7653 In the General Court Of Justice District Court Division- Small Claims**. <u>**From March 2023 to April 2023**</u> by defendant **NR Brookson LP Brookson Flats dba Brookson Flats**, I request for a Jury Trial two different times and was continued two different times was not granted due to my **Rent** payment is more then $20 the plaintiff Sui Juris Dwayne Jones was denied that right protected.

I. Proof of that will be **March 28th 2023 and April 5th 2023** defendant **NR Brookson LP Brookson Flats dba Brookson Flats, V. Dwayne Jones Mecklenburg County File No. 23CVM7653** In the General Court Of Justice District Court Division- Small Claims.

**Pursuant to 9th amendment**. In regards to Mecklenburg County File No. 23CVD-007190-590 In The General Court Of Justice District Court Division my apartment 11104 Bryton Parkway, Unit 5309, Huntersville, NC 28078. The <u>**United States Constitution**</u> addresses rights, retained by the people, that are <u>**not specifically enumerated**</u> in the Constitution. The defendant **Sui Juris Dwayne Jones** was denied that right protected United States Constitution.

- The plaintiff Sui Juris **Dwayne Jones** is federal & state protected by **familial status** has children who have not attained the age of 18 years) being domiciled with, **dwelling** means any building, structure or portion thereof which is occupied as, or designed or intended for occupancy as, a residence by one or more families. In connection of the United States Constitution. As well as the defendant Sui Juris Dwayne Jones is protected by:

II. Proof of that will be <u>**FEDERAL LAWS**</u> that defendant Sui Juris Dwayne Jones is protected by **24 CFR Subpart B - Subpart B—Discriminatory Housing Practices** §

**100.65 Discrimination in terms, conditions and privileges and in services and facilities**.

**(a)** It shall be unlawful, because of race, color, religion, sex, handicap, **familial status**, or national origin, to impose different terms, conditions or privileges relating to the sale or rental of a **dwelling** or to deny or limit services or facilities in connection with the sale or rental of a **dwelling**. **(3)** Failing to process an offer for the sale or rental of a **dwelling** or to communicate an offer accurately because of race, color, religion, sex, handicap, **familial status**, or national origin. **(6)** Conditioning the terms, conditions, or privileges relating to the sale or rental of a **dwelling**, or denying or limiting the services or facilities in connection therewith, on a person's response to harassment because of race, color, religion, sex, handicap, **familial status**, or national origin.

III. Proof of that will be **STATE LAWS** that plaintiff Sui Juris Dwayne Jones is protected by: **North Carolina Chapter 41A.State Fair Housing Act § 41A-3. Definitions. (1b) "Familial status" means one or more persons who have not attained the age of 18 years being domiciled with:**

**a**. A parent or another person having legal custody of the person or persons; or

**b**. The designee of the parent or other person having custody, provided the designee has the written permission of the parent or other person. The protections against discrimination on the basis of familial status shall apply to any person who is pregnant or is in the process of securing legal custody of any person who has not attained the age of 18 years.

IV. Proof of that will be **NORTH CAROLINA STATE CONSTITUTION ARTICLE I DECLARATION OF RIGHTS**

- **Sec. 35. Recurrence to fundamental principles.** A frequent recurrence to fundamental principles is absolutely necessary to preserve the blessings of liberty.

- **Sec. 36.  Other rights of the people.** The enumeration of rights in this Article shall not be construed to impair or deny others retained by the people.

**Pursuant to 14th amendment. "Equal protection of the laws"** Also, **NORTH CAROLINA STATE CONSTITUTION ARTICLE I DECLARATION OF RIGHTS Sec. 19.  Law of the land; equal protection of the laws.** In regards to Mecklenburg County File No. 23CVD-007190-590  In The General Court Of Justice District Court Division my apartment 11104 Bryton Parkway, Unit 5309, Huntersville, NC 28078.

- The plaintiff **Sui Juris Dwayne Jones** was denied that right protected United States Constitution by the defendants **NR Brookson LP Brookson Flats dba Brookson Flats and Cushman & Wakefield Michelle M. MacKay, Barry Klapish,** unlawfully & willfully engaged and withheld my apartment by not following the court's interpretation of the lease and provisions herein In a manner such as to uphold the valid portions of this Lease Contract while preserving the intent of the parties. Pursuant to **Mecklenburg County File No. 23CVD-007190-590 In The General Court Of Justice District Court Division by Presiding Judge: Alyssa M. Levine.**

I. Proof of that will be Mecklenburg County File No. 23CVD-007190-590  In The General Court Of Justice District Court Division by Presiding Judge Alyssa M. Levine.
   **ORDER FOR JUDGMENT DENYING POSSESSION**
   **CONCLUSIONS OF LAW**
   - The defendant **NR Brookson LP Brookson Flats dba Brookson Flats** has not proven by a preponderance of the evidence that plaintiff **Sui Juris Dwayne Jones** breached the Lease as claimed in the complaint by failing to pay Rent of $1633.00 on March 1, 2022
   - Therefore, the defendant **NR Brookson LP Brookson Flats dba Brookson Flats** is not entitled to be put into possession of the Premises.
   **ORDERED, ADJUDGED AND DECREED**

- That the defendants **NR Brookson LP Brookson Flats dba Brookson Flats** request for possession of the premises is denied signed **December 27th 2023: by Presiding Judge Alyssa M. Levine.**

G.S. § 10B-41 NOTARIAL CERTIFICATE FOR
ACKNOWLEDGMENT

Mecklenburg County, North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she signed the foregoing document:

Sui Juris Dwayne L. Jones

Signature: _Dwayne L Jones_

Date: August 13th 2024

(Official Seal)

_____

Official Signature of Notary

_Holly Gnage_, Notary Public

Notary's printed or typed name

My commission expires: 8/21/2028

# UNITED STATES DISTRICT COURT
## For the WESTERN DISTRICT OF NORTH CAROLINA (WDNC)

Plaintiff name(s),

Sui Juris Dwayne Jones

      Plaintiff,

  vs.

Defendant name(s),

Cushman & Wakefield Michelle M.
MacKay, Barry Klapish, ~~NR Brookson LP~~
~~Brookson Flats dba Brookson Flats~~, Enjoli
Borelli, Ja Tawnn Wentz

      Defendant

**Title of Pleading
Motion:
Conspiracy against rights Under:
Violations Under 42 U.S.C. § 1983 –
Civil Action for Deprivation of Rights.
In Violation of court order
Mecklenburg County** In
The General Court Of Justice District Court
Division **Mecklenburg County In
File No23CVD-007190-590**
**(1) 4th amendment** - "[t]he right of the people
to be secure in their persons, houses, papers,
and effects, against unreasonable searches and
seizures
**(2) 5th Amendment** – Due Process
**(3) 7th Amendment** – Right to a Jury
**(4) 9th Amendment** – The enumeration in the
Constitution, of certain rights, shall not be
construed to deny or disparage others retained
by the people.
**(5) 14th Amendment** – Equal protection of
the laws.
**(6) 24 CFR Subpart B - Subpart B—**
Discriminatory Housing Practices  § 100.65
Discrimination in terms, conditions and
privileges and in services and facilities.
**(7) 18 USC 241**- Conspiracy against rights:
**(8) 18 U.S. Code § 1341 - Frauds and
swindles Chapter 63 - Mail Fraud And
Other Fraud Offense § 1349 - Attempt and
Conspiracy**

Case No.:

**(7) CLAIMS FOR RELIEF
(A) The Return of Sui Juris Dwayne Jones
Apartment.**

**50 U.S. Code § 1705 – Penalties**

**(a) Unlawful acts**

It shall be unlawful for a person to violate,
attempt to violate, conspire to violate, or cause
a violation of any license, order, regulation, or
prohibition issued under this chapter.

**(b) Civil penalty**

A civil penalty may be imposed on any person
who commits an unlawful act described in
subsection **(a)** in an amount not to exceed the
greater of— **(1)** $250,000

**(c) Criminal penalty**

A person who willfully commits, willfully
attempts to commit, or willfully conspires to
commit, or aids or abets in the commission of,
an unlawful act described in subsection **(a)**
shall, upon conviction, be fined not more than
$1,000,000, or if a natural person, may be
imprisoned for not more than 20 years, or
both.

**Treble damages in regards**

**(B) Compensatory Damages – (1)** Breach of
contract, UCC-2-715 Buyer's Incidental and
Consequential Damages.  **(2)** Life Storage Unit
# 2171,**(3)** Rental of another residency at 4616
Napa Oak Dr Charlotte NC 28078

**(C) Expectation Damages – with  incidental
costs** for Cushman,& Wakefield and NR
Brookson LP Brookson Flats dba Brookson

**(D) Exemplary Damages –** for Cushman,&
Wakefield **Barry Klapish** Actions, NR
Brookson LP Brookson Flats dba Brookson,
**Enjoli Borelli**

**(E) Emotional Distress –** Intentional
Infliction of Emotional Distress and Negligent
Inflicion of Emotional Distress

**Statement of Conspiracy**

I Sui Juris Dwayne L. Jones the living man. In reference to **Genesis 1:26** King James Version **States**: And God said, Let us make **man** in our image, after our likeness: and let them have dominion over the fish of the sea, and over the fowl of the air, and over the cattle, and over all the earth, and over every creeping thing that creepeth upon the earth. Stating that Case Numbers as following:

1. Mecklenburg County File No. 23CVM7653
2. Mecklenburg County File No. 23CVD-007190-590

**18 USC 241- Conspiracy against rights:**

In regards to **Mecklenburg County File No. 23CVM7653** In the General Court Of Justice District Court Division- Small Claims and **Mecklenburg County File No. 23CVD-007190-590** In The General Court Of Justice District Court Division. That The plaintiff **Sui Juris Dwayne Jones** rights was violated in this United States Code of 18 USC 241- Conspiracy against right as follows:

**18 USC 241- Conspiracy against rights:**
**Names and Roles At The Time Of Conspiracy Against Rights**

**Cushman & Wakefield:**
**Barry Klapish | Area Manager, Multifamily | Cushman & Wakefield**
**NR Brookson LP Brookson Flats dba Brookson Flats Team:**
**Kendall Gay | Property Manager | Brookson Flats (Former No longer With Company)**
**Enjoli Borelli | Assistant Property Manager | Brookson Flats**
**Ja Tawnn Wentz | Leasing Consultant | Brookson Flats**

page 2 of 26

- If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same.

- **Aid and Abet:** Aid and Abet means to assist someone in committing or to encourage someone to commit a <u>crime</u>.  Generally, an aider and abettor is criminally liable to the same extent as the person committing the crime.

  This case from California, explains that "a person 'aids and <u>abets</u>' the commission of a crime when he or she, acting with <u>knowledge</u> of the <u>unlawful</u> purpose of the perpetrator; and the <u>intent</u> or purpose of committing, encouraging, or facilitating the commission of the <u>offense</u>, by <u>act</u> or advice aids, promotes, encourages or instigates the commission of the crime."

- **18 U.S. Code § 1341 - Frauds and swindles**

- **18 U.S. Code Chapter 63 - MAIL FRAUD AND OTHER FRAUD OFFENSES § 1349 - Attempt and conspiracy**

- **Elements of Mail Fraud** There are two elements in mail fraud:

  **(1)** Having devised or intending to devise a scheme to defraud (or to perform specified fraudulent acts)

  **(2)** Use of the mail for the purpose of executing, or attempting to execute, the scheme (or specified fraudulent acts)." Schmuck v. United States, 489 U.S. 705, 721 n. 10 (1989); see also Pereira v. United States, 347 U.S. 1, 8 (1954) ("The elements of the offense of

mail fraud under . . . § 1341 **(1)** a scheme to defraud, **(2)** the mailing of a letter, etc., for the purpose of executing the scheme.");

The plaintiff Sui Juris Dwayne Jones made several complaints in person and by email to old property manager **Kendall Gay** who no longer works there at the leasing office **&** the defendant assistant property **Enjoli Borelli** . Also, Phone Conversation **March 2ⁿᵈ 2023** phone number **(704) 887-3034 at 4:04pm for 13 minutes** between plaintiff **Sui Juris Dwayne Jones &** the defendant Cushman & Wakefield, area manager **Barry Klapish.**

In regards to plaintiff **Sui Juris Dwayne Jones** not wanting to move due to loving where he stays and his 2ⁿᵈ oldest son wanting to stay at North Mecklenburg High School and graduate from there, writing a statement to testify in open court about neighbor being loud and children always running and bumping all over the apartment wildly playing loud sub woofer heavily multiple times against the apartment unit 5409 above, plaintiff **Sui Juris Dwayne Jones** being able to renew lease at current monthly rate **$1,633.00 for 1 year lease.**

**Take Notice:** The defendant's **NR Brookson LP Brookson Flats dba Brookson Flats, Enjoli Borelli, Ja Tawnn Wentz and Cushman & Wakefield, area manager Barry Klapish.** Knew about the tenants issues living above plaintiff Sui Juris **Dwayne Jones.** The plaintiff Sui Juris **Dwayne Jones** made complaints and shown call of service report for Huntersville police being called out multiple times and videos of evidence of the defendant's **NR Brookson LP Brookson Flats dba Brookson Flats Team**. Through emails and phone records will show the aiding and abetting involvement to commit mail fraud to obtain my apartment by fraudulently process for **SUMMARY EJECTMENT** Mecklenburg County File No. 23CVM7653 In the General Court Of Justice District Court Division- Small Claims. Mecklenburg County File No. 23CVD-007190-590 In The General Court Of Justice District Court Division.

Due to two major components on covering up the breach of the contract in two components

**Component 1**

I. The defendant's **NR Brookson LP Brookson Flats dba Brookson Flats has to file COMPLAINT IN SUMMARY EJECTMENT**: Mecklenburg County File No. 23CVM7653 In the General Court Of Justice District Court Division- Small Claims. For plaintiff Sui Juris Dwayne Jones March 16th 2023. Also, **MAGISTRATE SUMMONS:** Mecklenburg County File No. 23CVM7653 In the General Court Of Justice District Court Division- Small Claims. For plaintiff Sui Juris Dwayne Jones March 28th 2023. Brought by defendant's NR Brookson LP Brookson Flats dba Brookson Flats 13428 Bryton Gap Boulevard Huntersville NC28078. In attempt to hide the breaches and cover up the breach of contract in whole by assistant property **Enjoli Borelli in April 2022.**

II. Page 1 of 10 **Moving In — General Information 6. RENT AND CHARGES.**

III. Page 3 of 10 **Special Provisions and "What If" Clauses. 14. RENT INCREASES AND LEASE CONTRACT CHANGES.**

IV. Page 7 of 10 **General Clauses 34. NO AUTHORITY TO AMEND UNLESS IN WRITING**

V. Proof of that will be from **APARTMENT LEASE CONTRACT** Date of Lease Contract: March 2nd , 2022 filled out and plaintiff Sui Juris **Dwayne Jones** signed **March 5th 2022.**

**Component 2**

1. The plaintiff Sui Juris **Dwayne Jones** filed appeal **April 26th 2023** in the Mecklenburg County File No. 23CVM7653 In the General Court Of Justice District Court Division- Small Claims. For **August 3rd 2023** for new case Mecklenburg County File No. 23CVD-007190-590 In The General Court Of Justice District Court Division.

The defendant's **NR Brookson LP Brookson Flats dba Brookson Flats, Kendall Gay Enjoli Borelli, Ja Tawnn Wentz & Cushman & Wakefield Barry Klapish.** Had to

keep the **Conspiracy Fraud** once **Cushman & Wakefield Barry Klapish & NR Brookson LP Brookson Flats dba Brookson Flats Kendall Gay** at that time when all parties involved of the court date of **August 3rd 2023** for new case Mecklenburg County File No. 23CVD-007190-590 In The General Court Of Justice District Court Division. **Cushman & Wakefield Barry Klapish & NR Brookson LP Brookson Flats dba Brookson Flats Kendall Gay** knew of the breaches **APARTMENT LEASE CONTRACT** Date of Lease Contract: **March 2nd , 2022** filled out and plaintiff Sui Juris **Dwayne Jones** signed **March 5th 2022.**

**NR Brookson LP Brookson Flats dba Brookson Flats Enjoli Borelli** breach the **APARTMENT LEASE CONTRACT** Date of Lease Contract: **March 2nd , 2022** filled out and plaintiff Sui Juris **Dwayne Jones** signed **March 5th 2022.** Beyond reasonable doubt.

1. Proof of that will be from APARTMENT LEASE CONTRACT Date of Lease Contract: March 2nd , 2022 filled out and plaintiff Sui Juris Dwayne Jones signed March 5th 2022.

2. Proof of that will be plaintiff Sui Juris Dwayne Jones Resident Ledger beginning **February 26th 2022 seven pages of fraud** where the defendant **NR Brookson LP Brookson Flats dba Brookson** accepted money orders to pay from the plaintiff Sui Juris **Dwayne Jones Rent** payment.

3. Proof of that will be during the appeal process the defendants **Cushman & Wakefield Michelle M. MacKay, Barry Klapish, NR Brookson LP Brookson Flats dba Brookson Flats, Kendall Gay,** unlawfully rented my apartment 11104 Bryton Parkway Unit 5309 Huntersville 28078 to **Renwick Chandler** who signed his lease **July 3rd 2023** a month before my trail hearing date of **August 3rd 2023.** In **December 2023 Presiding Judge: Alyssa M. Levine.**

4. Proof of that will be the plaintiff Sui Juris **Dwayne Jones** sent emails to **Cushman & Wakefield Barry Klapish and NR Brookson LP Brookson Flats dba Brookson Flats Enjoli Borelli** Mecklenburg County File No. 23CVD-007190-590  In The General Court Of Justice District Court Division by **Presiding Judge Alyssa M. Levine. ORDER FOR JUDGMENT DENYING POSSESSION for NR Brookson LP Brookson Flats dba Brookson Flats.**

5. Proof of that will be witnesses will testify on behalf of the plaintiff Sui Juris **Dwayne Jones** walked into the leasing office **January & March 2024** and spoke with in person and showed **Enjoli Borelli & Ja Tawnn Wentz** Mecklenburg County File No. 23CVD-007190-590  In The General Court Of Justice District Court Division by **Presiding Judge Alyssa M. Levine ORDER FOR JUDGMENT DENYING POSSESSION** against defendant **NR Brookson LP Brookson Flats dba Brookson Flats.** The plaintiff Sui Juris **Dwayne Jones** was unable to move back into his apartment  because Mr **Renwick Chandler** was already living inside.

6. Proof of that will be the plaintiff Sui Juris **Dwayne Jones** has recorded video **Saturday April 27th 2024** on his cell phone on attempting to speaking **NR Brookson LP Brookson Flats dba Brookson Flats** staff to comply with the Mecklenburg County File No. 23CVD-007190-590  In The General Court Of Justice District Court Division by **Presiding Judge Alyssa M. Levine** as calling Huntersville Police Depart officers to get them assist in the Mecklenburg County File No. 23CVD-007190-590  In The General Court Of Justice District Court Division by **Presiding Judge Alyssa M. Levine ORDER FOR JUDGMENT DENYING POSSESSION** against defendant **NR Brookson LP Brookson Flats dba Brookson Flats.** In the plaintiff Sui Juris **Dwayne Jones**

**Email's between Cushman & Wakefield: Barry Klapish  | Area Manager, Multifamily | NR Brookson LP Brookson Flats dba Brookson Flats Team:**

**Kendall Gay | Property Manager | Brookson Flats (Former No longer With Company) Enjoli Borelli | Assistant Property Manager | Brookson Flats**

**BEFORE Mecklenburg County File No. 23CVM7653 In the General Court Of Justice District Court Division- Small Claims.**

**(Email 1 February 2023)**

From: Dwayne Jones dwayne8484@gmail.com

To: Enjoli Borelli Enjoli.Borelli@cushwake.com, Kendall Gay Kendall.Gay@cushwake.com

Date: **Feb 2, 2023, 6:58 AM**

Subject: **Needing to sit down and talk asap**

Mailed-by: Gmail.com

I really had some major concerns and issues that need to be addressed about my neighbors trash pick up in residence here placing notes on my vehicles.

The main thing that I want to dress today is no one has the right to touch any by vehicle or place anything on it. In addition to this parking has been really out of control for the last six months and every resident notice we have people who don't live here who will park here and stay overnight along with vehicles there's been here there's never been moved for a year that the residence in my building know about. So is no longer a systematic problem first come first serve is now turning into a problematic issue that's going to escalate to physical on any resident here given on the maturity level of trying to handle things the correct way. I really don't say anything. I try to stay out the way, but I do know that I'm not being treated fairly here on several different issues and I want to address is in his email. We can agree to disagree. I gotta stand that's just life but with all the photos and video that I can show you is really being one-sided

In this email, I'm not trying to argue or try to get into a verbal argument only wanting to address issues that has not been addressed I pay 1765 a month and on my lease. I need two vehicles that I will be using here at this apartment complex in my building unit and I don't have nowhere to park in the parking lot. This designated for my building so as you can see, I would like to come in and have a conversation today after work or Saturday, February 4, 2023

**(Email 2 February 2023)**

From: Dwayne Jones dwayne8484@gmail.com
To: Enjoli Borelli Enjoli.Borelli@cushwake.com JaTwann Wentz
Jatwann.Wentz@cushwake.com Kendall Gay Kendall.Gay@cushwake.com
Date: Feb 16, 2023, 4:47 PM
Subject: To inform you about February Wednesday 15th 2023
Mailed-by: gmail.com

Hello just letting you guys know about things that took place last night in my apartment building I had to call Huntersville Police to my apartment at 5309 because department above me 5409 had loud surround sound playing with a sub woofer to me it seem like they was watching a movie.

Now, with that being said, I called Huntersville Police out and made a report of a noise complaint. The officer who came out his name is "Officer Friday" I invited him to come inside my apartment into my master bedroom, where the loud noise above me was coming from.

Officer Friday and myself listen to this as we talk for at least 15 minutes all this is documented. Officer Friday left my apartment and went upstairs and talk to them about turning the sound down because it was vibrating the floor, and I can hear the loud noise in my apartment

When Officer Friday went upstairs to the apartment at 5409 and talk to them I can hear him getting mad meaning the man of the house of 5409 who l spoke to in January we're now in the month of February and nothing has changed

Also, the sound did not get turned down at all. It kept on being exact same level after officer Friday left so the clear disrespectful or the disregard for people underneath them is beyond me and officer Friday came out and told him, and he heard it himself.

He cannot respect me or my family and also know that he cannot respect the staff here at Brookson Flats because I'm pretty sure I had the conversation that I had with "Kendall" and "JT" in regards to this but the man and 5409 does not understand at all and it's a disrespectful to all the you guys. They're trying to keep things cordial and respectful.

**(Email 3 March 2023)**

From: Dwayne Jones  dwayne8484@gmail.com

To: Kendall Gay Kendall.Gay@cushwake.com

Date: Mar 1, 2023, 3:19 PM

Subject: Inquiring about email this morning

Hey, I was contacting you to see if you had got my email this morning about needing update information about the default Letter that I got back in February on the sixth for my 410k

**(Email 3.2 March 2023)**

From: Kendall Gay Kendall.Gay@cushwake.com

To: Dwayne Jones  dwayne8484@gmail.com

Date: Mar 1, 2023, 3:22 PM

Subject: RE: Inquiring about email this morning

Mailed-by: cushwake.com

Signed-by: cushwake.com


No I did not get your email. What exactly do you need?


Kendall Gay

Property Manager | Brookson Flats

Direct:  +1 704-727-4950

Kendall.Gay@cushwake.com

13428 Bryton Gap Blvd

Huntersville, NC 28078 | USA


**(Email 3.3 March 2023)**


From: Dwayne Jones dwayne8484@gmail.com

To: Kendall.Gay@cushwake.com

Date: Mar 1, 2023, 3:21 PM & 3:39 PM (no subject)

Subject: 410K

 Mailed-by: Gmail.com


If you did not get it, this is it right here is a PDF file action for the information that I need to call

me 704-657-5046


One attachment • Scanned by Gmail

VOYA & DAIMLER : Detroit Diesel Corporation Plan Ref: Task ID t23020801m4

Voya Institutional Plan Services is the plan recordkeeper (Recordkeeper) for the Detroit Diesel

Corporation Plan (the Plan).

We recently received your request for a hardship withdrawal from your account in the Plan and are unable to process your request at this time.

**(Email 3.4 March 2023)**

From: Dwayne Jones dwayne8484@gmail.com

To: Kendall Gay Kendall.Gay@cushwake.com

Date: Mar 1, 2023, 3:46 PM

Subject: Re: Inquiring about email this morning

Mailed-by: Gmail.com

Did you get what I sent

**(Email 3.5 March 2023)**

From: Kendall Gay Kendall.Gay@cushwake.com

To: Dwayne Jones dwayne8484@gmail.com

Date: Mar 1, 2023, 3:48 PM

Subject: RE: Inquiring about email this morning

Mailed-by: cushwake.com

Signed-by: cushwake.com

Got it – please give me until close of business tomorrow to complete. Thanks!

**(Email 3.6 March 2023)**

From: Dwayne Jones dwayne8484@gmail.com

To: Kendall Gay Kendall.Gay@cushwake.com

Date: Mar 1, 2023, 3:50 PM

Subject: Re: Inquiring about email this morning

Mailed-by: gmail.com

Sounds good, thank you.

**(Email 4 March 2023)**

From: Kendall Gay Kendall.Gay@cushwake.com

To: Dwayne Jones dwayne8484@gmail.com

CC: Enjoli Borelli Enjoli.Borelli@cushwake.com

Date: Mar 2, 2023, 3:40 PM

Subject: RE: Inquiring about email this morning

Mailed-by: cushwake.com

Signed-by: cushwake.com

Hi Dwayne,

Please see attached. Thanks!

One attachment • Scanned by Gmail CushWake late Letter – Jones, Dwayne 5309.pdf

Kendall Gay

Property Manager | Brookson Flats

Direct: +1 704-727-4950

Kendall.Gay@cushwake.com

13428 Bryton Gap Blvd

Huntersville, NC 28078 | USA

**(Email 5 March 2023)**

From: Dwayne Jones dwayne8484@gmail.com

To: Kendall Gay Kendall.Gay@cushwake.com

Date: Mar 2, 2023, 4:28 PM

Subject: Re: Inquiring about email this morning

Mailed-by: Gmail.com

Thank you for the letter. I got it at 3:40 PM today. I've been ripping and running in Charlotte trying to handle some things. Also, your area manager called me and I had a conversation with him and he's a very understanding gentleman like you are. He told me the documents that I need to get to you about the complaint against the upstairs neighbor. Also, I have the call of service when I called Huntersville Police out for a noise disturbance, our present it to you today Also, he told me to give you a letter stating that I will testify in open court about the tension in his noise abuse me change into the lease, so I will typed it up here shortly.

I will really like to stay because my son goes to North Mac and I want to keep him in a school area but we have to figure some things out about how much rent going to be gone for and you can shoot it by your area manager to see if he approves it. As always, thank you for being professional and taking the time out to talk to me throughout this year. Also treated me with respect when I come to talk to you. It is greatly appreciate it on my side as well as your counterparts in the office JT and Enjolie does a great job as well thank y'all .

**(Email 6 March 2023)**

From: Dwayne Jones  dwayne8484@gmail.com

To: Kendall Gay Kendall.Gay@cushwake.com

Date: Mar 2, 2023, 5:44 PM

Subject: Re: Inquiring about email this morning

Mailed-by: Gmail.com

Here are the documents for that testifying about my neighbor in apartment 5409 in my building

Also, an offer letter about a new lease staying the same at $1765 a month with two months free rent here for 12 month lease and exact same location that I'm living in now, I do not wish to move from my apartment because I like my apartment and again my son goes to North Mecklenburg High School and I would like to keep him in this area he graduates 2024. I understand that this is not no guarantees, but a simple attempt to see if your area manager will approve the offer letter seeing how the competitors in this area are offering one-month free rent or two=month free rent Those competitors are The luxe of Huntersville Current special one-month free rent. Silver Collection at Waterford 11920 Joleen Ct Huntersville NC 28078 two-month free rent. Ardmore at Bryton 13035 Ardmore Forest Road Huntersville NC 28078 Current special two month rent free. Two are less than a mile from the property here in the third is 5 miles away again this is only an offer to see if we are setting a new lease under these terms to see if we can agree upon this.

**2 Attachments • Scanned by Gmail**
**Rent offer on prorated rent.pdf & Brookson Flats Letter totestify in open court.pdf**

**(Email 7 March 2023)**

From: Dwayne Jones dwayne8484@gmail.com
To: Kendall Gay Kendall.Gay@cushwake.com
Date: Mar 3, 2023, 3:53 PM
Subject: Re: Inquiring about email this morning
Mailed-by: Gmail.com

JPEG Photo Call of Service when called CPMD Dispatch to have the Town of Huntersville Police Department come to my address 11104 Bryton Parkway Unit 5309 Huntersville NC 28078 for the neighbor above me in unit 5409 for noise disturbance on **August 12th 2022** then in February **13th & 15th 2023** | This is the color service from when I called the Huntersville Police

out

**AFTER APPEAL FILING APRIL 26th 2023 For Mecklenburg County File No. 23CVD-007190-590 In The General Court Of Justice District Court Division.**

**(Email 8 April 2023)**

From: Dwayne Jones dwayne8484@gmail.com

To: Enjoli Borelli Enjoli.Borelli@cushwake.com, JaTwann Wentz

Jatwann.Wentz@cushwake.com , Kendall Gay Kendall.Gay@cushwake.com

Date: Apr 29, 2023, 4:24 PM

Subject: Addressing issues with apartment 5409 building number five 11104

Mailed-by: Gmail.com

On yesterday night Friday, April 28, 2023 I was taking my family out to eat and we left our apartment the father of apartment 5409 on the fourth floor, allowed his dog to come downstairs off the leash and came up on my son and daughter and my second child's mother who is pregnant barking

I told them to be steel, and do not move because you will excite the dog and it might bite you, the owner comes downstairs with the leash in his hand talking about I apologize I did not know you guys were outside. With a stern look on my face, I just looked at him and he can tell that I did not appreciate him doing that! This is the second time that his dog has ran up on me!

The first time was on the second floor when I was talking to my neighbor in apartment, 5209 the father from 5409 from the fourth floor allowed his two younger sons to bring the dog downstairs outside on a leash, but they were still up on the middle of the stairs while the dog was right there, close to me at my neighbors door at apartment 5209. The second time was yesterday night with

my family and I do not appreciate it. I have complained and came into the office and told you several times about the man upstairs in apartment 5409 in my building.

He constantly bumps, makes a loud noise all day long even showed the property manager, a video of him and his doll in the breezeway yelling at his dog! I am extremely upset because of the dog with a bit one of my children because it was not on the lease. What could have been stated that point in time I stay to myself and I do not bother anyone over here. At this point, I feel like that I am not being taken serious and I'm being singled out that's just how I feel in at this point

Yes, email is to allow you to be aware of what is going on with the current situation with the neighbor upstairs from 5 4 zero9 fourth floor and building number 5 11104

**(Email 8.1 May 2023)**

From: Enjoli Borelli Enjoli.Borelli@cushwake.com
To: Dwayne Jones dwayne8484@gmail.com JaTwann Wentz Jatwann.Wentz@cushwake.com
Kendall Gay Kendall.Gay@cushwake.com
Date: May 1, 2023, 4:14 PM
Subject: Re: Addressing issues with apartment 5409 building number five 11104
Mailed-by: cushwake.com
Signed-by: cushwake.com

Hi Dwayne -

I have reached out to your upstairs neighbor about this complaint. He did inform me that he does not have a surround sound system and what you are hearing is his computer speaker. He did apologize about his dog not being on a leash and we also have taken further action with that, that

I cannot discuss. I don't want you to feel that we are not addressing these issues and which we are but after we do our part, we have no control over what the tenant does after so. We are handling things on our side it's just that I cannot go into detail on what those actions are. If you have any other questions or concerns, feel free to email me back or you can reach me at the office.

Also, I know you mentioned you had some recorded videos, are any of those of him playing loud music?

Thank you,

Enjoli Borelli

Assistant Property Manager

Brookson Flats

Direct: +1 704 727-4950

Enjoli.Borelli@cushwake.com

13428 Bryton Gap Blvd

Huntersville, NC 28078 | USA

**(Email 8.2 May 2023)**

From: Dwayne Jones dwayne8484@gmail.com

To: Enjoli Borelli Enjoli.Borelli@cushwake.com

Date: May 1, 2023, 4:48 PM

Subject: Re: Addressing issues with apartment 5409 building number five 11104

Mailed-by: gmail.com

Thank you for emailing me back first thing let me say that. He was already instructed by

Page 18 of 26

Huntersville Police to keep the music down before back in March and I have gave candle, called a service paper when a police came out. Also, there is a complaint with Huntersville Police that I made when I had called 911 back in March last month

He constantly allows the dog to run back-and-forth through his apartment, his little children as well I have video recordings of everything I have the video that I showed Kendall back in February going into March about how he be in the breezeway with his dog yelling at the dog and a dog barking loud! Since then it still has continue, nothing has changed

He may not have a sound system, and if he has computer speakers, they are way too loud. You can ask Huntersville Police Department for the body cam footage when they came out in March and they stood in my apartment for 20 minutes. And listen to the computer speakers that he has way too loud.

I came back in March and spoke with Kendall with this and JT and they are aware of I know people may forget things, and Tom has passed since then I really don't bother nobody and I stay out the way, but I'll be more than glad to come in and show you the videos that I have on my phone. I know for a fact that there's been other people that has complained in our building along with my second floor neighbor that lives underneath me and 5209 about him in apartment, 5409

And I'm not trying to say this to be an asshole I'm saying this as I've been in patient with this situation In doing my part as far as communicating.

**(Email 8.3 May 2023)**

From: Enjoli Borelli/ Enjoli.Borelli@cushwake.com

To: Dwayne Jones  dwayne8484@gmail.com

cc: JaTwann Wentz Jatwann.Wentz@cushwake.com   Kendall Gay Kendall.Gay@cushwake.com

Date: May 1, 2023, 4:52 PM

Subject: Re: Addressing issues with apartment 5409 building number five 11104

Mailed-by: cushwake.com

Signed-by: cushwake.com


Yes, If you want to set up a day and time to come in and show me those videos, I would really

appreciate that. I don't believe I was here when you showed those videos to my team members.

Again, I am sorry that this is a continuing issue and the videos would be very helpful.


Thank you,


Enjoli Borelli

Assistant Property Manager

Brookson Flats

Direct:  +1 704 727-4950

Enjoli.Borelli@cushwake.com

13428 Bryton Gap Blvd

Huntersville, NC 28078 | USA


**(Email 8.3 May 2023)**


From: Dwayne Jones dwayne8484@gmail.com

To: Enjoli Borelli Enjoli.Borelli@cushwake.com

Date: May 5, 2023, 2:38 PM

Subject: Re: Addressing issues with apartment 5409 building number five 11104

Mailed-by: Gmail.com


Will you be in the office today

**(Email 8.4 May 2023)**

From: Enjoli Borelli .Borelli@cushwake.com

To: Dwayne Jones  dwayne8484@gmail.com

Cc: JaTwann Wentz Jatwann.Wentz@cushwake.com  Kendall Gay

Kendall.Gay@cushwake.com

Date: May 8, 2023, 1:11 PM

Subject: Re: Addressing issues with apartment 5409 building number five 11104

Mailed-by: cushwake.com

Signed-by: cushwake.com

Hi Dwayne -

I do apologize on the late response as I was out of the office on Friday. Were you still needing to speak with me? I look forward to your response.

Kind Regards,

Enjoli Borelli

Assistant Property Manager

Brookson Flats

Direct:  +1 704 727-4950

Enjoli.Borelli@cushwake.com

13428 Bryton Gap Blvd

**(Email 8.5 May 2023)**

From: Dwayne Jones  dwayne8484@gmail.com

To: Enjoli Borelli Enjoli.Borelli@cushwake.com

Date: May 8, 2023, 3:36 PM

Subject: Re: Addressing issues with apartment 5409 building number five 11104

Mailed-by: Gmail.com

Understandable. I should be Tuesday maybe today I can stop by I've been super busy as well myself

**(Email 8.6 May 2023)**

From: Dwayne Jones  dwayne8484@gmail.com

To: Enjoli Borelli Enjoli.Borelli@cushwake.com

Date: May 8, 2023, 3:41 PM

Subject: Re: Addressing issues with apartment 5409 building number five 11104

Mailed-by: Gmail.com

Last Saturday was just unrealistic how be acting inside his apartment I was on the phone with Huntersville police over 18 20 mins on hold To have them come out again

With JPEG Screenshot Picture of Huntersville Police Department

**(Email 8.7 May 2023)**

From: Dwayne Jones dwayne8484@gmail.com

To: JaTwann Wentz Jatwann.Wentz@cushwake.com

Date: May 20, 2023, 4:24 PM

Subject: Update

Mailed-by: Gmail.com

Hey boss man, I know you said you come back at 4:30 PM, but I was wanting milk and I had to 4:45 PM because I dozed off to sleep with the kids I just tried to call the office. Don't know he

was away from the phone. Just trying to see if I had a 4:45 PM. If not, I just take everything I got

will be right now and then we can leave

With JPEG Screenshot Picture Calling Brookson Flats at 704-727-5570 4:23 pm

**(Email 8.8 May 2023)**

From: JaTwann Wentz Jatwann.Wentz@cushwake.com

To: Dwayne Jones  dwayne8484@gmail.com

Date: May 20, 2023, 5:07 PM

Subject: RE: Update

Mailed-by: cushwake.com

Signed-by: cushwake.com

Apologies – I thought I sent this earlier when I was walking over.

I was with appointments non-stop with the calls Unfortunately, I have to lock up all keys by 4:45

pm. I am heading over to lock up the door now.

Cheers,

JT Wentz

Leasing Consultant

Brookson Flats

Direct:  +1 704 727-4950

Jatwann.Wentz@cushwake.com

13428 Bryton Gap Blvd

Huntersville, NC 28078 | USA

**(Email 8.9 May 2023)**

From: Dwayne Jones  dwayne8484@gmail.com

To: JaTwann Wentz Jatwann.Wentz@cushwake.com

Date: May 20, 2023, 5:21 PM

Subject: Re: Update

Mailed-by: gmail.com


Ok thanks for the assistance from you allowing me and my children to come in to get some stuff for the weekend so I able to take care of them.  I don't like being homeless let alone my children thanks for understanding and helping Monday 22nd I will be going down to the court to talk with them and talk with Kendal


**(Email 9 December 2023)**

From: Dwayne Jones dwayne8484@gmail.com

To: Barry.klapish@cushwake.com

Date: Dec 20, 2023, 3:56 PM

Subject: 23CVD007190 judgment order 12-14-2023

Mailed-by: Gmail.com

One attachment

• Scanned by Gmail

PDF File Attachment of 23CVD007190 judgment order 12-14-2023


**(Email 10 December 2023)**

From:  Barry Klapish Barry.Klapish@cushwake.com

To: dwayne8484@gmail.com dwayne8484@gmail.com

CC: Brookson Flats MGR  BrooksonFlatsMGR@cushwake.com

Brookson Flats  BrooksonFlats@cushwake.com

Date: Jan 4, 2024, 2:33 PM

Subject: Follow Up - Telephone Conversation - Dwayne Jones - Brookson Flats - Unit 05309 |

30-Day Notice of Storage Unit S5-9

Mailed-By: cushwake.com

Signed-By: cushwake.com

Dwayne,

Good afternoon - I am writing to follow up on our telephone conversation this morning after you had left me a voicemail earlier. I would like to inform you that we did received your keys and you did turn over possession of your home last year **(May 2023)**. Additionally, I would also like to remind you that you still have access to the storage room **(S5-9 - attached to this email)**.

Please have this this email serve as a **30-day notice** that we are requesting back possession of the storage unit. If we do not receive possession **(the turning in of the storage unit key(s)** or giving us written notice that you've turned over possession) by **Monday, February 5, 2024 by 12 Noon EST**, we will seek possession of the storage unit through legal council.

If you have any questions - please feel free to reach out to me.

Thank you for your cooperation.

Best regards,

Barry Klapish CAPS, ARM

Area Manager, Multifamily

Direct:  +1 704 887 3034

barry.klapish@cushwake.com

300 South Tryon Street Suite 1110

Charlotte, NC 28202 | USA

cushmanwakefield.com

cushwakeliving.com

Prior to in the in person complaint to Kendall Gay Kendall.Gay@cushwake.com, Enjoli Borelli Enjoli.Borelli@cushwake.com, JaTwann Wentz Jatwann.Wentz@cushwake.com at the leasing office located at 13428 Bryton Gap Blvd Huntersville, NC 28078 Cell Phone conversation **March 3rd 2023** with Barry Klapish Barry barry.klapish@cushwake.com from Cushman & Wakefield. The plaintiff's beyond reasonable doubt or with suspicion to keep me and my children from fundamental right to my apartment at **11104 Bryton Parkway, Unit 5309, Huntersville, NC 28078**

Printed Name of Plaintiff: Sui Juris Dwayne L. Jones

### G.S. § 10B-41 NOTARIAL CERTIFICATE FOR ACKNOWLEDGMENT

Mecklenburg County, North Carolina

I certify that the following person(s) personally appeared before me this day, each acknowledging to me that he or she signed the foregoing document:

Sui Juris Dwayne L. Jones

Signature: _____

Date: August 13th 2024

Official Seal

_____
Official Signature of Notary

Holly Gnage _____, Notary Public
Notary's printed or typed name

My commission expires: 8/21/2028

STATE OF NORTH CAROLINA    )
                          )                    <u>VERIFICATION</u>
COUNTY OF MECKLENBURG      )

_Sui Juris Dwayne L Jones_, being first duly sworn, deposes and says that he/she is
the plaintiff in the foregoing action, that he/she has read the foregoing COMPLAINT and
knows the contents thereof to be true of his/her own personal knowledge except for those
matters and things alleged therein upon information and belief, and as to those matters and
things, he/she believes same to be true.


_Dwayne L Jones_

Sworn to and subscribed before me
this _14th_ day of _August_, _2024_

_____
        Notary Public

My Commission expires _8/21/2028_

HOLLY GNAGE
NOTARY
PUBLIC
MECKLENBURG COUNTY, NC