# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Dwayne L. Jones, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:24-cv-00745-KDB-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Michelle M. MacKay | ) | |
| Enjoli Borelli | ) | |
| Barry Klapish | ) | |
| Ja Twann Wentz, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 27, 2024 Order.

August 27, 2024

Katherine Hord Simon, Clerk
United States District Court